UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.

       Criminal Case No. 22-20321
       Hon. Terrence G. Berg

D-3 Donnell Taylor,
a/k/a Devin Harris, a/k/a Zialou,

       Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Donnell Taylor, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:     Conspiracy to commit wire fraud (18 U.S.C. § 1349): Up to 20 years in prison, and/or a fine of up to the greater of either $250,000 or twice the gross gain (or twice the gross loss) resulting from the offense.

Counts 11-17:     Aggravated Identity Theft (18 U.S.C. § 1028A): Mandatory 2 Years' Imprisonment, consecutive to any sentence imposed for Count 1.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Donnell Taylor
Defendant-3

Dated: 1.17.23

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

*/s/ Karen Davis Roberts*

Counsel for Defendant

Dated: 1/17/2023