UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(3) DONNELL TAYLOR,<br><br>Defendant. | 2:22-CR-20321-TGB<br><br><br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (ECF NO. 114)** |

The Court, having considered the Motion to Withdraw as Counsel filed by Defendant Donnell Taylor, and being fully advised in the premises;

IT IS ORDERED that the motion is GRANTED. Attorney Karen Davis Roberts is withdrawn from this matter. The Court will appoint the Federal Defender's Office to represent Defendant.

DATED this 21st day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge